**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Florencio RODRIGUEZ, Defendant—
Appellant.**

No. 01–30338.

D.C. No. CR–01–00304–P.

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2002.*

Decided June 19, 2002.

Before RYMER, T.G. NELSON and
THOMAS, Circuit Judges.

MEMORANDUM**

Florencio Rodriguez appeals the sentence imposed following his guilty plea to unlawful reentry by eluding the Immigration and Naturalization Service in violation of 8 U.S.C. § 1325(a)(2).

Rodriguez's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. Rodriguez did not file a pro se supplemental brief. Because our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), reveals no arguable issues, we grant counsel's motion to withdraw, and affirm the sentence.

**AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

